USPS TRACKING #



9590 9402 3739 7335 0883 25

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

LAN LIN ZAORSKI
5709 BIG SANDY DR
RALEIGH, NC 27616-5751

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Jeff Sessions
U.S. Department of Justice
950 Pennsylvania Ave
NW Washington D.C. 20530-0001

9590 9402 3739 7335 0883 25

2. Article Number (Transfer from service label)

7017 2620 0000 8990 3132

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Erly Aase_
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery
JUN 07 2018

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt