FILED
SEP 27 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ JAB _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the

Lan Lin Zaorski
*Plaintiff(s)*

v.

Civil Action No. 5:18-CV-234

Government of the United States of America
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

The U.S. Attorney for Eastern District of North Carolina
Mr. Robert Higdon
310 New Bern Ave. Federal Building, Suite 800

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: Sep. 11, 2018

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **US Attorney for Eastern District of North Carolina**
was received by me on *(date)* **Sep. 11, 2018** .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
I served the Summons by mail. USPS Tracking # 9590 9402 4368 8190 8759 48, please view the attached copy of confirmation.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **September 25, 2018**

_____
*Server's signature*

**Lan Lin Zaorski**
*Printed name and title*

**5709 Big Sandy Drive, Raleigh NC 27616**
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Robert Higdon
310 New Bern Avenue
Federal Building, Suite 800
Raleigh, NC, 27601-1461

9590 9402 4368 8190 8759 48

2. 7018 0040 0000 0270 8368

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X Kathy Posway ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Kathy Posway U.S. Attorney's Office

C. Date of Delivery 9/18/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt



