IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-234-D

| | |
|---|---|
| LAN LIN ZAORSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| THE GOVERNMENT OF THE ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

On February 19, 2019, the United States ("defendant") moved to dismiss Lan Lin Zaorski's ("Zaorski") pro se complaint for lack of subject-matter jurisdiction and failure to state a claim upon which relief can be granted [D.E. 16] and filed a memorandum in support [D.E. 17]. On March 14, 2019, Zaorski responded in opposition [D.E. 19].

For the reasons stated in defendant's memorandum of law, the court GRANTS defendant's motion to dismiss [D.E. 16] and DISMISSES the action without prejudice. The clerk shall close the case.

SO ORDERED. This 25 day of April 2019.

JAMES C. DEVER III
United States District Judge