UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LIN LAN ZAORSKI, )
)
      Plaintiff, )
) **JUDGMENT IN A**
) **CIVIL CASE**
v. ) **CASE NO. 5:18-cv-234-D**
)
THE GOVERNMENT OF THE UNITED STATES )
OF AMERICA, )
)
      Defendant. )

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law, the court GRANTS defendant's motion to dismiss [D.E. 16] and DISMISSES the action without prejudice.

**This Judgment Filed and Entered on April 25, 2019, and Copies To:**

| | |
|---|---|
| Reinaldo Olavarria | (Sent to 5709 Big Sandy Drive Raleigh, NC 27616 via US Mail) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Roberto F. Ramirez | (via CM/ECF electronic notification) |

DATE:                                       PETER A. MOORE, JR., CLERK

April 25, 2019                    (By) /s/ Nicole Sellers
                                                      Deputy Clerk